# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Robinson Peralta

_____
Write the full name of each plaintiff.

1:21 cv 06395

(Include case number if one has been assigned)

-against-

the City of New York
Detective Salcedo
Detective Witten

_____
Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

## AMENDED COMPLAINT

Do you want a jury trial?
☐ Yes   ☒ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

    ☒   **Federal Question**

    ☐   **Diversity of Citizenship**

### A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

title 18 Section 241, 242, 245, 14141

4th Amendment

malicious Prosecution

Defamation of Character

### B.   If you checked Diversity of Citizenship

#### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, ____Gideon Bralta____, is a citizen of the State of

    (Plaintiff's name)

New York

(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
                        (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, *The city of NY*, is incorporated under the laws of
the State of *New York*

and has its principal place of business in the State of *New York*

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

*Robinson*                                   *Peralta*
First Name            Middle Initial         Last Name

*1320 Riverside Drive Apt 5K*
Street Address

*New York*                    *NY*              *10033*
County, City                  State            Zip Code

*917-504-3292*                *Peralta.Robinson1@gmail.com*
Telephone Number              Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:      The city of New York
                  First Name              Last Name

                  _____
                  Current Job Title (or other identifying information)

                  _____
                  Current Work Address (or other address where defendant may be served)

                  _____
                  County, City              State              Zip Code

Defendant 2:      Salcedo
                  First Name              Last Name

                  Detective
                  Current Job Title (or other identifying information)

                  N/A
                  Current Work Address (or other address where defendant may be served)

                  New york              Ny
                  County, City              State              Zip Code

Defendant 3:      Witten
                  First Name              Last Name

                  Detective, Badge #1/292
                  Current Job Title (or other identifying information)

                  _____
                  Current Work Address (or other address where defendant may be served)

                  New york              Ny
                  County, City              State              Zip Code

Defendant 4:

First Name                          Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                        State                    Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: *United States*

Date(s) of occurrence: *2010 - Present*

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

*look for packet labeled Complaint*

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Severe and Extreme emotional distress
I can't Sleep, I have Sickel cell Attacks
do to the Stress, mental anguish, I have
gone to therapy Since the Start of this
Situation

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

500 million dollers
an Injuction
A Concealed carry weapon

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 10-18-2021 | Robinson Peralta |
|---|---|
| Dated | Plaintiff's Signature |

| Robinson | | Peralta |
|---|---|---|
| First Name | Middle Initial | Last Name |

1320 Riverside Drive    Apt 5K
Street Address

| New York | NY | 10033 |
|---|---|---|
| County, City | State | Zip Code |

917-504-3292                Peralta.Robinson1 gmail.com
Telephone Number          Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes   ☐ No

    If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

**My Name is Robinson Peralta. I live in 1320 riverside drive apt 5k new york, NY 10033.**

my phone number is 917-504-3292. My email is peralta.robinson1@gmail.com

**I am writing this to explain every video I am about to send you in detail what your NYPD and community block watchers have been violation my civil rights.**

**The first video titled "copstalkerinpark" happened in 8/5/2017 while in riverside park under the George Washington bridge while I was trying to celebrate my niece's birthday. Nothing illegal was going on. Myself and my family had a party and a cookout when the office in the police car numbered 3697-17 pulled up right in front of where we were sitting for no reason. I reported the situation to internal affairs about the constant harassment by the NYPD to only be turned away. I was told by the internal affairs liaison at the 34th precinct that "he is a double edge sword and that he really can't do anything about it.**

**The second video titled "2blockstalkers" are seen on video while I'm getting a haircut at Jordan's barbershop at 4411 Broadway New York, NY 10040 on 03/15/2018. In the video seen are the first two block watchers sitting watching me for reasons I don't know. They didn't get haircuts.**

**They just sat down looking at me in threating manner, after maybe 20 to 30 min later they got up and left and two others can in dressed in red came in and started to do the same.**

**The third video titled "yourlife" was on 06/08/2018 in front of 801 west 181st New Nork, NY 10033. the person in the video is not from my neighborhood. He is a block watcher. I saw him talking to two business owners from 181st. one from uptown garrison at 821 w 181st New York, NY 10033, and the other from saggio's at 827 west 181st New York, NY 10033 I saw them both talking to the guy that's in my video and pointing at me. The guy was looking at me in a threating manner. The next day I was on my way to work when I saw the same guy**

giving me the same threatening look for no reason in my neighborhood that I was born and raised in I took video and took a picture of him so I could report him to internal affairs.

The fourth video titled "2010 stalker" was at the great wall on 181st street on 06/10/2018 this specific individual had been stalking me since 2010 when I got accused of killing someone and sought after by the NYPD. I saw him everywhere I went in Washington Heights. I finally got him on video doing what he always does.  He is either a police officer or a block watcher.

This fifth video that titled "2copstalkers" that's located at 815 west 181st street gourmet deli where I have reported several civil rights violations. In this video I was buying the same thing I always buy in that store a beer and a sandwich when two police officers came in and started to try to intimidate me to leave the store for no reason. As you see I was talking to my friend and as soon as they came in, I felt unsafe, so I turned on my camera. You see the officer facing me and looking at me as if he wanted to hurt me or wanted me to leave the store. Another thing I wanted to point out is the tallest light skinned officer that I recorded leaving the store is the same officer that was called to the same store by block watchers to do the same thing. My friend Kareem ganham wrote a witness statement to the other situation. Even though I couldn't get the badge number I managed to get the licensed number of the car they were using. July 12,2018 car number 5035-14. There is a pattern of the same behavior.

The sixed video titled "instoreblockstalkers" is also in the 181-gourmet deli at 815 w 181st street New York, NY 10033 on 07/15/2018 a few days after the incident with the NYPD. I was in the store buying what I always buy when three block watches came in the store and were circling around me like shark to bait. As you see I remained calm. I was not aggressive or acting in any type of crazy way. You notice that one of your block watchers even

say, that I'm smart for having a camera. It even looks like they are trying to start a fight, and intimidate me at the same time They are not from my neighborhood I don't know these people.

The seventh video titled "whothis" on 10/04/20218 is of a man that has followed me around The neighborhood. I have seen him coming out of a building on the corner of Pinehurst and 181st street. Always trying to start a confrontation or trying to intimidate me at any given time. I don't not know who this person is, but I was hoping you can identify him. If he works for law enforcement, I would very much like to know so I can report him for harassment or stalking

 The eighth video titled 'Queens stalker" happened at 6110 Queens BLVD Woodside, NY 11377 02/12/2019 in the big six plaza.

I was on my lunch break from my job, when this African American male approached me asking if I had a problem.

I was in my security uniform in the plaza. I did not work in the plaza I worked in the building down the block. At 4420 64th ave, woodside queens 11377. He was in a long hallway standing with another guy. After I had picked up my lunch, I was looking for an atm when I looked down the hall they (two block watchers) were standing in, he alone came at me asking if I had a problem because I was looking down the hallway I said "I don't know why you got to come at me like that fam" he (block watcher) said "I thought you was looking for a problem because you were looking that way. I thought it was a problem" I (Robinson Peralta) replied "from all the way over there' he (the block watcher) then replied "yea,from all the way over there, you could have been all the way over there (pointing at a different direction) if there is a problem I'm going to walk to the problem and confront it, if you are telling me there is no problem then we done here right? I think we done here' he (the block watcher) turns around and walks away.

This video is title "The Night Of" Happened at 703 west 180th Street New York, New York 10033 in front of the building, on 02-13-2020 around 2:00 AM

I (Robinson Peralta) was on his way to the grocery store on 179 street and broad way. He (Robinson Peralta) was walking through 180 street between fort Washington and Broadway to get to the store when I (Robinson Peralta) saw Freddy Padilla Sitting in his car that was parked car in front of 703 west 180th street with three others I (Robinson Peralta) sat in the car with them to hang out for a little while, one of the guys was standing outside of the car. ten to twenty minutes Later detective Salcedo started to take everyone else out of the car. Detective Witten was Standing in the back of the car taking everyone's information. When, I (Robinson Peralta) was taken out of the car by detective Salcedo, he immediately Searched my pockets without asking my permission or having probable cause to search me (Robinson Peralta) or the car. I (Robinson Peralta) Asked detective Salcedo why he is doing this, both detectives refused to answer and detective Salcedo Refused to give me his badge number. After he conducted his search detective Salcedo told everyone to get back in the car, then detective Salcedo started explaining to one of the other individuals why he searched us, I (Robinson Peralta) could not hear what he is saying because I was a passenger on the driver side and detective Salcedo was talking to someone o the passenger side, after he finished explaining to the other guy, he (detective Salcedo) turned to me (Robinson Peralta) and asked me if I was satisfied, do to everybody being afraid of being arrested I (Robinson Peralta) answered yes. a few minutes after I turned off my camera a few minutes after that I (Robinson Peralta) stepped out of the car to ask detective Witten "why did they do this", he (detective Witten) said "I don't know' and to ask detective Salcedo" I ((Robinson Peralta) looked in the direction where detective Witten was pointing and saw that he was talking to someone in a red car, I (Robinson Peralta) sat back in the car that was searched. The police left. Nobody got arrested or got a ticket for anything. Nothing wrong was done

In this video called "bronxblockwatcher" it happened in chase bank at 725 east 233rd street Bronx NY 10466 on 05-21-2019 around 4:00 pm I was at work when I had a chance to record the guy in the gray shirt and black shorts that has been following me around the area. I even saw him following me in a car. I saw him day in and day out. He made it his business to let me know he was following me around. I have a picture of his license plate and car. I've had the same situations happen to me repeatedly while working in the Bronx area.

In the video bronxcopatbank happened in chase bank at 725 east 233rd street Bronx NY 10466 on 05-22-2019 at 5:58 pm I was working as a security guard inside the bank when the police officer in the video came into the bank and said to me that "I was the one that sent them" earlier that day I was being provoked by community block watchers almost the entire day. I was being intimidated and threatened by them. I soon lost my position at the bank after these things happen to me like my other jobs as well.

Also, it had come to my attention by the city of New York law department that criminal charges were brought against me and dismissed and sealed pursuant to New York criminal procedure law 160.50 and/or 160.55. I was asked by coucal to give them information about the arrest, and the docket number and/or indictment number. I want the court to know that I NEVER got arrested, I don't have any of the information they requested because it never happen. Io have a clean record I'm not a criminal, I will be adding malicious prosecution and defamation of character to list of violations. I will also be providing the paperwork that was provided to me.

COMPLAINT


My Name is Robinson Peralta. I live at 1320 riverside drive apt 5k New York, New York 10033 I am writing the facts that support my case since 2010 till present day.  It all started in 2010 in Washington heights on 177th street and saint Nickolas 5 white detectives stopped me and showed me his badge and asked me for my identification.  I showed it to him with no problem. He then gave it back and I walked away. Several days later I was followed aggressively every time I went outside, with friends, and dates and my jobs. The way I was harmed was that My reputation was severely destroyed by the NYPD. It was hard to keep a job. My relationships where destroyed.  The defendant (NYPD) treated me like I was a criminal everywhere I went still to this vary day.  I did not commit any crime.
The NYPD continued for years doing the same in 2015 I went to (defendant)internal affairs. I explained the situation to them and sent it to the internal affairs liaison in the 34th sergeant Milano. He told me that 'he was a double edge sword and that

if he helps me, it would be going against them, so there was not much he can do'. He failed to investigate the situation properly twice, the second time I was ignored. My civil rights continued to be violated by NYPD and community block watchers. (State actors) I have not committed any crime.

In April of 2018 I filed a notice of claim against of the city of New York. The nature of claim was defamation of character and violation of civil rights. The (city lawyers colon & Peguero LLP) went as far as acknowledgement of my claim also having a 50H hearing but never called me to tell me how they wanted to proceed. They failed to uphold my rights. Thus, violating my civil rights. Things did not change. My life was still being affected by the situation.

The violations continued to accrue one after the other by NYPD and community block watchers (state actors). I went to internal affairs several times with my complaint. Each time with more video evidence. They did not seem happy I was

complaining about community block watchers The last person I
spoke to was detective Stone and another female officer. I gave
him all my paperwork. He recorded the interview. Every time
my case was closed. I believe my last
complaint number was #2017-48621.


As the years passed and no corrective action was taken, I
decided to go straight to the department of investigations of
the city of New York.  OIG-NYPD C19-0004. I spoke to Sara
Bholanauth. In our conversation I told her that nothing was
being done about my situation. She (Sara Bholanauth) told me
that she was told that my case at internal affairs was still open
and that I should call them so that I can get a status update.
When I called internal affairs, I was told my case was closed. No
corrective action was taken. I haven't commited any crime


On December 7, 2018, I went to the FBI head quarters to make
a complaint against the NYPD and the community police block

watchers. I was given a complaint form by P.O Carney shield #1145 I was also told to call the FBI complaint hotline which I did. After many months of the same harassment and threats and intimidations tactics from the NYPD and community policing block watchers. (State actors) I finally got a response from FBI agent Margaret Girard from the New York office. I told her the situation. She (Margaret Girard) told me that I had a case and that she would me looking into it. She also asked me who else did I report it to and what evidence did I give them? I (Robinson Peralta) told her that I reported it to internal affairs, and that I gave them video and picture evidence. She (Margaret Girard) then asked who I spoked to. I told her that I spoke to IAB detective stone and a female detective. I did not get her name. FBI agent Margaret Girard told me that she will be contacting them and getting information from them. She never told me if we would be meeting or if she would be getting any evidence from me. After our conversation things only got worse. I tried to contact her to report the violations but got no answer for months.  Finally got a call back from FBI agent Margaret Girard telling me that I have no case and also the

community police block watchers "do not exist" and the police I am reporting on are "good cops". I (Robinson Peralta) tried to explain that they do exist, I told her that you can go on the internet and apply to become a block watcher. She (Margaret Girard) told me to prove it that you can apply by writing an email with the link to the page. I (Robinson Peralta) sent her the email with the link, also with the law that is being broken along with and with witness statements and pictures of block watchers and the license plates of the car the person was driving in. I was also told by FBI agent Margaret Girard to stop going to the FBI office and to stop calling her.

In 2019-2020-2021 I contacted the U.S department of justice office of the inspector general with a complaint against FBI agent Margaret Girard. In May of 2021 I got an email from the OIG saying that my complaint is being investigated by the federal bureau of investigation inspection division. No corrective action has been taken. I am still being violated yet I am not committed any crime at any time.

this next section is pertaining to the witness statement by Edwardo Martillo. As one of my oldest friends he knows the situation all too well. He has been with me time and again while I'm outside in restaurants specifically, the restaurant Cabrini 181 at 854 west 181st street New York New York and even while walking in the street. He explains that he knows what happened to me all these years. I am writing to explain what happen recently while I was outside on May 13, 2021, at locksmith bar 4463 Broadway New York, New York 10040 where I was having dinner with Edwardo Martillo and two others when two community block watchers were standing right in front of our table staring at us as well as the security for the bar in a threating manner. Everybody at my table and around us noticed what they were doing. Making us feel uncomfortable and unwanted we ate our food and left. Every time I try to enjoy myself outside the community block watches and the police make sure that I don't knowing that it is illegal.

**This section of the complaint is about a person I believe is some sort of law enforcement or block watcher affiliate. This person** that I have a picture of, and his license plate has followed me all **over, my neighborhood with the intent to provoke me and intimidate me out of the businesses and the neighborhood and** has used block watchers to intimidate provoke and bully inthe

On 10/12/2021 on or around 5:00 pm, a man that goes by the name of Kurt that visits a man by the name of mark at 1320 riverside apt 3j New York, New York 10033 came out of the building of the person he was visiting, walked up the side walk while I was walking down the sidewalk towards my car when Kurt approached me and threaten me with a box cutter telling me that "he was going fuck me up" while waving the box cutter at me. At the same time a police officer by the name of Nelson Ortiz that lives in 1320 riverside drive apt 2k New York, New York 10033 witnessed the entire situation while walking home. He stopped and asked Kurt what was going on, Kurt didn't answer him and walked away while still yelling at me (Robinson Peralta) that he (Kurt) was going to fuck me up. Police officer nelson Ortiz then called 911 to report the incident. Two police officers then came to the neighborhood to make a report. I (Robinson Peralta) have made three reports in total against this person because he always harasses and stalks me threw out the neighborhood on behalf of community policing block watchers. I will provide the video at the time of discovery.

On 10/13/2021 on or around 5:00 am to 5:10 am in front of 1326 riverside drive New York, New York my (Robinson Peralta) parents' car got broken into on camera from what it looks like to be pay back for what happened the day before. The man and a women parked a black SUV right next to my parents car, broke the back window, searched around the back then left. He does not appear to have taken anything. There is clear video and a police report on the situation.



**GEORGIA M. PESTANA**
*Corporation Counsel*

The City of New York
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

September 29, 2021

Robinson Peralta
Plaintiff PRO SE
1320 Riverside Drive, Apt 5k
New York, NY 10033

Re:   Robinson Peralta v. NYPD, et al.
       21-cv-06395 (JMF)

Dear Mr. Peralta:

This office is in receipt of the complaint in the above-referenced action. If, as alleged, the underlying criminal charges against you have been dismissed, all records pertaining to your arrest have been sealed pursuant to New York Criminal Procedure Law §§ 160.50 and/or 160.55. In order to obtain access to the records relating to your lawsuit, we need a signed release from you authorizing the release of those records.

Accordingly, enclosed please find a "Designation of Agent for Access to Sealed Records Pursuant to NYCPL §§ 160.50 and 160.55 (the "Designation"). Please complete and execute the Designation before a Notary Public and return same to me within ten (10) days of the above date. The Designation must provide the complete title of the proceeding, the date of the arrest, and the docket or indictment number in the spaces provided.

If you have any questions, please do not hesitate to call me. Thank you for prompt attention to this matter.

Very truly yours,

Paralegal
Special Federal Litigation Division

Enc.
cc:   Brachah Goykadosh, Esq.
       Senior Counsel
       Phone: (212) 356-3523

To holm it may concern

My name is Freddy Padilla. I am writing this statement on behave of Robinson Peralta.

I have lived in the area of 181st street for almost 15 years, with in that time before I got to know him personally, it was said in the community that he was a murderer, a criminal of all sorts. Clearly lies told by the NYPD in the years that I have been in the community after 2010 that is the picture the nypd painted of him. In 2015 Robinson Peralta became my daughter's uncle. When I got to know him personally, I started to see the situation for what it was, that law enforcement targeted Robinson peralta for reasons I don't understand. he goes to work, pays his bills, takes care of his family. Police still treat him like a criminal. I (Freddy Padilla) have been with him on few occasions where the nypd and community police harassed him and myself. Robinson peralta has even recorded an incident where we are parked on the street and nypd take use out of the car illegally and search the vehicle with no permission and no probable cause. We were in my car, but from where I was it looked like they were after Robinson peralta. While we are together the community block watchers intimidate us with violence, stalk us while we are walking in us own neighborhood. All while not committing any crime. It is none around the community that the police and their affiliates are after Robinson peralta. They even go as far as involving civilians to harassed and intimidate Robinson peralta. I have witness this myself. It is clear that the police and its affiliates and the community are targeting Spanish people in the Washington heights area. I will testify that Robinson peralta is under siege by nypd and by community block watcher and the community itself. I know it's the community block watcher because they let themselves be known to their presence. They act like thugs. They think they own the neighborhood. I've heard them say things like "we" don't want you in this neighborhood, and say things like nobody wants you here, the people that do that are not from the neighborhood. the group changes every so often. I've seen different people come to the neighborhood in different cars, bikes, and walking. It sometimes looks like there are stalking him. Surely terrorizing him.

I am writing this as a witness for Robinson peralta. I will gladly testify under oath that these statements Are accurate and true.

CONSTANTINOS KOMINOS
Notary Public, State of New York
Reg. No. 01KO6180349
Qualified in New York County
Commission Expires 01/07/20

Witness statement.


My name is Eduardo Martello. I have lived in the community all my life, 40 years. I have known robinson peralta for over 20 years. We grew up together on Riverside drive. I have always been aware of the situation that is happening to him. From the time in 2010 when everyone thought he was a killer till present day where he is being treated as if he is still a killer and more. I'm writing this witness statement on behalf of robinson peralta. In 2010 the entire community thought robinson peralta had killed someone. When things started to happen, He came to me scared out of his mind, frantic, crying saying that the police want to kill him, that they are after him. Soon after I started to hear the same thing from people in the community. I know robinson would never do something so heinous. I didn't believe it. Other people and the police believed it profoundly.  Things started getting worse for robinson. He started to lose jobs for no real good reason. I know robinson to have a great work ethic. The situation got worse for him after that. At times I would have to force robinson to go to local bars because he didn't want to go outside. One time

at a bar where socializing I saw how they treated him and how people in the bar were looking at him, like a criminal. After that I really started to keep an eye out when I'm with robinson.  In Many occurrences police would bother him for just sitting in front of the building. They would completely ignore me and just give him dirty looks and things of that nature, I will testify in court that these things did happen from 2010 till present time. the police are violating his right as a human being to live a normal life.

Yours truly

JAIKISHAN TANWANI
Notary Public, State of New York
No. 01TA6171333
Qualified in Queens County
Commission Expires July 23, 2019

Witness statement                          Kareem Ganham

My name is Kareem Ganham I've lived in the neighborhood
for over 15 years. I have been friends with robinson for 20
years. I am writing this statement regarding my witnessing of
the crimes committed against robinson peralta by the NYPD.
It was on summer night in July 2017. We had meet each other
at the store at 815 west 181 street. He was already in the store
buying beer. I walked in and saw that these 3 guys in plain
cloths looking at robinson in a threating manner. They were
saying things like we got to get him out of here and that they
already call the police a few minutes before.
Soon after the police should up and started following him
around the store. Robinson did not do anything to deserve this
treatment. It is to my understanding that the police have it out
for him. I personally have seen the police in this area act with
disregard of people's rights. I myself have been approached by
plain cloths police threating me, saying I have your picture, just
because I was recording a police encounter with another
person. I am more than willing to testify in court of the
violations committed.

Yours truly

JAIKISHAN TANWANI
Notary Public, State of New York
No. 01TA6171333
Qualified in Queens County
Commission Expires July 23, 2019

KARIMGANEM
4/1/18