UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
ROBINSON PERALTA,                                                  :
                                                                   :
                            Plaintiff,                             :
                                                                   :                21-CV-6395 (JMF)
         -v-                                                       :
                                                                   :                ORDER
CITY OF NEW YORK, et al.,                                          :
                                                                   :
                            Defendants.                            :
                                                                   :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On October 28, 2021, the Court received an email, a copy of which is attached (with personal identifying information redacted), from Robinson Peralta. Mr. Peralta is reminded that all Communications with the Court by an unrepresented party should either be delivered or mailed to the *Pro Se* Office, Thurgood Marshall Courthouse, 40 Centre Street, Room 105, New York, New York 10007, or emailed to Temporary_Pro_Se_Filing@nysd.uscourts.gov. No documents or court filings may be sent directly to Chambers or the Chambers email.

      To the extent that Mr. Peralta seeks unsealing of any state court case, he should presumably sign the release form that Defendants provided to him. No later than **November 3, 2021**, Defendant shall file a response to Mr. Peralta's email confirming if that is the case or otherwise proposing how to proceed.

      SO ORDERED.

Dated: October 29, 2021
       New York, New York                        _____
                                                           JESSE M. FURMAN
                                               United States District Judge

| | |
|---|---|
| **From:** | robinson peralta |
| **To:** | Furman NYSD Chambers |
| **Subject:** | court record |
| **Date:** | Thursday, October 28, 2021 10:00:24 PM |
| **Attachments:** | request to unseal records (1).pdf |

**CAUTION - EXTERNAL:**

requesting unseal records

 Law paper 2021.pdf

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

10/28/2021

Robinson Peralta

███████████

Honorable Jesse M. Furman
40 foley square
New York, NY 10007

Dear honorable Jesse M. Furman

My name is Robinson Peralta. I am a pro-se litigant suing the city of New York for serious civil rights violations. The city of New York law department recently sent a letter for me to sign to release my records so that I can authorize the release of criminal records because it was sealed under New York procedure law 160.50 and/or 160.55. the reason I am asking the court to unseal these records is because I did not know that there was a criminal case against me. I don't have any information pertaining to this situation. Un-sealing the records will answer a lot of question as to why these violations are happening to me, and who is responsible for these false charges, thank you for this attention on this matter. I would appreciate it if you would unseal my records. SS#-███████  DOB-███████.



GEORGIA M. PESTANA
*Corporation Counsel*

**The City of New York**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

September 29, 2021

Robinson Peralta
Plaintiff PRO SE



Re: Robinson Peralta v. NYPD, et al.
21-cv-06395 (JMF)

Dear Mr. Peralta:

This office is in receipt of the complaint in the above-referenced action. If, as alleged, the underlying criminal charges against you have been dismissed, all records pertaining to your arrest have been sealed pursuant to New York Criminal Procedure Law §§ 160.50 and/or 160.55. In order to obtain access to the records relating to your lawsuit, we need a signed release from you authorizing the release of those records.

Accordingly, enclosed please find a "Designation of Agent for Access to Sealed Records Pursuant to NYCPL §§ 160.50 and 160.55 (the "Designation"). Please complete and execute the Designation before a Notary Public and return same to me within ten (10) days of the above date. The Designation must provide the complete title of the proceeding, the date of the arrest, and the docket or indictment number in the spaces provided.

If you have any questions, please do not hesitate to call me. Thank you for prompt attention to this matter.

Very truly yours,

Paralegal
Special Federal Litigation Division

Enc.
cc: Brachah Goykadosh, Esq.
    Senior Counsel
    Phone: (212) 356-3523

# DESIGNATION OF AGENT FOR ACCESS TO SEALED RECORDS PURSUANT TO NYCPL 160.50 AND 160.55

I, Robinson Peralta, Date of Birth ____/____/_____ SS# _____-_____-_____ pursuant to CPL §§ 160.50 and 160.55, hereby designate GEORGIA M. PESTANA, Corporation Counsel of the City of New York, or her authorized representative, as my agent to whom records of the criminal action terminated in my favor entitled <u>People of the State of New York v. Robinson Peralta</u>, Docket No. or Indictment No. _____, in _____ Court, County of _____, State of New York, relating to my arrest on or about _____, may be made available.

I understand that until now the aforesaid records have been sealed pursuant to CPL §§ 160.50 and 160.55, which permits those records to be made available only (1) to persons designated by me, or (2) to certain other parties specifically designated in that statute.

I further understand that the person designated by me above as a person to whom the records may be made available is not bound by the statutory sealing requirements of CPL §§ 160.50 and 160.55.

The records to be made available to the person designated above comprise all records and papers relating to my arrest and prosecution in the criminal action identified herein on file with any court, police agency, prosecutor's office or state or local agency that were ordered to be sealed under the provisions of CPL §§ 160.50 and 160.55.

                                                  Robinson Peralta

STATE OF NEW YORK,  )
                              : SS:
COUNTY OF _____  )

On this _____ day of _____, 2021, before me personally came Robinson Peralta, to me known and known to me to be the individual described in and who executed the foregoing instrument, and he acknowledged to me that he executed the same.

                                                  NOTARY PUBLIC