```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
ROBINSON PERALTA,                                                 :
                                       Plaintiff,                 :
                                                                  :       21-CV-6395 (JMF)
                   -v-                                            :
                                                                  :            ORDER
CITY OF NEW YORK et al.,                                          :
                                       Defendants.                :
                                                                  :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

      On August 31, 2021, the Court issued a Memorandum Opinion and Order dismissing Plaintiff's claims against the New York City Police Department ("NYPD"), the NYPD Internal Affairs Bureau, the New York City Department of Investigation, the Federal Bureau of Investigations ("FBI"), FBI Agent Margaret Girard, and NYPD Detectives Stone, Salcedo, and Witten. *See* ECF No. 6, at 6. The Court also granted Plaintiff thirty days' leave to amend his claims against Detectives Salcedo and Witten and directed the Clerk of Court to add the City of New York (the "City") as a Defendant under Federal Rule of Civil Procedure 21. *Id.* at 6-7. On December 28, 2021, the City filed a motion to dismiss Plaintiff's claims. *See* ECF No. 20. The Court subsequently granted Plaintiff until February 9, 2022, to either file an amended complaint or file an opposition to the City's motion to dismiss. *See* ECF No. 24.

      On February 2, 2022, Plaintiff filed a letter seeking summonses as to "defendants Daniel Wynne and Hansel Salcedo." ECF No. 25. The Court notes that Daniel Wynne was not named as a defendant in Plaintiff's original Complaint. *See* ECF No. 2.

      In light of the foregoing, it is hereby ORDERED that Plaintiff's deadline to file any amended complaint is extended to **March 9, 2022**. If Plaintiff seeks to continue pursuing his claims against Detectives Salcedo and Witten, he may name those defendants, in addition to the City, in his amended complaint. Likewise, Plaintiff may name Daniel Wynne as a defendant in his amended complaint, should Plaintiff seek to pursue claims against him.

      The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

      SO ORDERED.

Dated: February 8, 2022                                          _____
      New York, New York                                    JESSE M. FURMAN
                                                                 United States District Judge