UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
ROBINSON PERALTA, :
:
Plaintiff, :
: 21-CV-6395 (JMF)
-v- :
: ORDER
CITY OF NEW YORK, et al., :
:
Defendants. :
:
-----------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On March 7, 2022, Plaintiff timely filed his opposition to Defendant City of New York's motion to dismiss.  *See* ECF No. 35.  Defendant City of New York shall file any reply no later than **March 21, 2022**.  The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

      SO ORDERED.

Dated: March 8, 2022  
       New York, New York                       _____  
                                                   JESSE M. FURMAN  
                                           United States District Judge