UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
ROBINSON PERALTA,                                                    :
:
                          Plaintiff,                :          21-CV-6395 (JMF)
:
        -v-                                                            :          VALENTIN ORDER
:
CITY OF NEW YORK, et al.,                                            :
:
                          Defendants.              :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Plaintiff, who is appearing *pro se* and proceeding *in forma pauperis*, brings this action under 42 U.S.C. § 1983, alleging that officers employed with the New York City Police Department ("NYPD") followed and harassed him during a ten-year period, without cause. Plaintiff sues Defendants Hansel Salcedo and Daniel Wynne, in addition to the City of New York. However, the U.S. Marshals Service was unable to serve Defendants Salcedo and Wynne based on the names and addresses provided by Plaintiff. *See* ECF Nos. 39, 40.

      Under *Valentin v. Dinkins*, 121 F.3d 72 (2d Cir. 1997), a *pro se* litigant is entitled to assistance from the district court in identifying a defendant. *Id.* at 76. The Amended Complaint supplies sufficient information to permit the NYPD and the City of New York to identify Defendants Salcedo and Wynne, as described by Plaintiff. *See* ECF No. 12, at 11. It is therefore ordered that the New York City Law Department, who is the attorney for and agent of the City of New York, *see* ECF No. 11, shall ascertain the identities of Defendants Salcedo and Wynne (if their names are different from those provided by Plaintiff) and the addresses where those Defendants may be served. The New York City Law Department shall provide this information to Plaintiff and the Court **within 60 days of the date of this Order**.

      The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

      SO ORDERED.

Dated: March 28, 2022
       New York, New York
                                                        JESSE M. FURMAN
                                                        United States District Judge