Dear chief judge Laura Taylor swain                    03-24-2022

My name is Robinson Peralta I'm a pro-se litigant in case 1:21-cv-06395 I am writing this letter to explain that the judge hearing my case is wildly biased toward the plaintiff (Robinson Peralta). I have Requested for judge Jesse M Furman to recuse himself in a letter on the docket. Not only is judge Jesse M Furman not being impartial, but he is also showing a great deal of incompetence making wild orders ranging from violating federal procedure rule four to trying to force the plaintiff to amend the complaint to even lying to the plaintiff to favor the law offices New York and the defendants. With this letter is enclosed a more detail explanation with the labeled documents on the docket that shows the plaintiff claims and clear bias. I (Robinson Peralta) the plaintiff is pleading for chief judge Laura Taylor swain to have judge Jesse M Furman recuse from this case, or do what ever you can to have Jesse M Furman recused from this case.  Please contact me by any Means at any time. Thank you.

Any motion to recuse must be made to the assigned Judge, not to the Chief Judge.

Plaintiff's latest motion is DENIED as frivolous. If Plaintiff persists in making frivolous recusal motions, sanctions may be imposed.

The Clerk of Court is directed to mail a copy of this endorsed letter to Plaintiff.

SO ORDERED.

April 5, 2022

Robinson Peralta
1320 Riverside drive
NY,Ny  10033
917-504-3292
Peralta.robinson1@gmail.com