

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NEW YORK 10007

**MARY K. SHERWOOD**
*Assistant Corporation Counsel*
msherwoo@law.nyc.gov
Phone: (212) 356-2425
Fax: (212) 356-3509

May 31, 2022

**By ECF**
Honorable Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    <u>Peralta v. Salcedo, et al.</u>,
            21 Civ. 6395 (JMF)

Your Honor:

      I am an Assistant Corporation Counsel in the Office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for defendant the City of New York (the "City") in the above-referenced matter. I write in response to the Court's March 29, 2022 *Valentin*[1] Order. (Dkt. No. 41).

      By way of brief background, Robinson Peralta ("Plaintiff") initiated this action, pursuant to 42 U.S.C. § 1983, on July 27, 2021 against, *inter alia,* the City of New York, Police Officer Hansel Salcedo (s/h/a "Detective Salcedo") and Police Officer Daniel Wynne (s/h/a "Detective Witten"). (Dkt. Nos. 2 & 6). Plaintiff alleges, *inter alia*, Officer Wynne and Officer Salcedo unconstitutionally searched his pockets. (Dkt. No. 6). On March 29, 2022, the Court ordered the New York City Law Department to ascertain the identities of Defendants Salcedo and Wynne (if their names are different from those provided by Plaintiff) and the addresses where those defendants may be served by May 30, 2022. (Dkt. No. 41).

      Pursuant to the *Valentin* Order, the City, upon information and belief, identifies the following two officers as the individuals described in Plaintiff's Amended Complaint:

- Police Officer Hansel Salcedo, Shield No. 16775, Patrol Borough Manhattan North, 151 West 100th Street, New York, New York 10025; and
- Retired Police Officer Daniel Wynne, Shield No. 23610, One Police Plaza, Room 110A, New York, New York, 10038.

---

[1] *Valentin v. Dinkins*, 121 F.3d 72 (2d Cir. 1997).

Thank you for your consideration of this matter.

                    Respectfully submitted,

                    */s/ Mary K. Sherwood*
                    Mary K. Sherwood
                    *Assistant Corporation Counsel*
                    Special Federal Litigation Division

cc: **VIA FIRST-CLASS MAIL**
    Robinson Peralta
    Plaintiff *Pro Se*
    1320 Riverside Drive
    Apartment 5K
    New York, New York 10033

The Clerk of Court is directed to issue summonses as to Defendants Salcedo and Wynne, complete the USM-285 forms with the addresses for those defendants (listed above), and deliver all documents necessary to effect service to the U.S. Marshals Service. The Clerk of Court is further directed to mail a copy of this Order to Plaintiff.

                    SO ORDERED.

                    */s/ Jesse M. Furman*

                    June 1, 2022