UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ROBINSON PERALTA,

                Plaintiff,                    **ORDER**

        -against-                    **21-CV-6395 (JMF) (JW)**

DETECTIVE SALCEDO, *et al.*,

                Defendants.
------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Parties have requested a settlement conference. Dkt. No. 69. Should the parties wish to schedule a settlement conference, the Parties are directed to contact Courtroom Deputy Christopher Davis via email by **March 10, 2023** at WillisNYSDChambers@nysd.uscourts.gov to provide three mutually agreeable dates in March or April 2023. Any conference will be held in-person at Courtroom 228, 40 Foley Square, New York, New York.

      Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to prepare pre-conference submissions in accordance with Judge Willis's Standing Order for all Cases Referred for Settlement.

      Discovery is stayed pending the conclusion of the settlement conference.

SO ORDERED.

DATED:    New York, New York
               March 1, 2023

                                                        JENNIFER E. WILLIS
                                                        United States Magistrate Judge