**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
ROBINSON PERALTA,

                              Plaintiff,                      **ORDER**

            -against-                           **21-CV-6395 (JMF) (JW)**

DETECTIVE SALCEDO, *et al.*,

                              Defendants.
----------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

On March 20, 2023, Defendants filed a letter requesting remote participation for two parties. Dkt. No. 71. The first request, that Defendant Wynne participate remotely, is **DENIED**. The second request, that a representative from the City's Comptroller's Office be permitted to be available by phone, is **GRANTED**.

SO ORDERED.

DATED:    New York, New York
               March 21, 2023

                                                        JENNIFER E. WILLIS
                                                          United States Magistrate Judge